

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2020

No. 04-18-00865-CV

**IN RE THE COMMITMENT OF M.A.C.**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23282
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On April 17, 2020, we abated this appeal to the trial court to hold a hearing to determine whether appellant desires to prosecute his appeal, whether appellant is indigent, and whether appellant's court-appointed counsel had abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2). We received a supplemental clerk's record on August 19, 2020, containing the trial court's findings that appellant desires to prosecute his appeal, that appellant is indigent, and that appellant's court-appointed attorney, Judith Wemmert, has constructively abandoned the appeal. The trial court did not impose sanctions, and it appointed new appellate counsel, David McLane, to represent appellant in this appeal.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court and that appellant's brief is due on or before **September 21, 2020. No extensions of time will be granted absent extraordinary circumstances.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2020.

_____
Michael A. Cruz,
Clerk of Court